UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ATRELLA REYNOLDS,**

    **Plaintiff,**

v.

**AUTOMOBILE CLUB OF MISSOURI,** *a Missouri nonprofit mutual benefit corporation*,

    **Defendant.**                    No. 12-cv-200-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the Court on defendant's Motion to Dismiss Plaintiff's Complaint construed as defendant's Motion for Summary Judgment per Order, filed on June 27, 2013 (Doc. 77).

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary entered on February 19, 2014 (Doc. 103), judgment is entered in favor of defendant, Automobile Club of Missouri and against plaintiff, Atrella Reynolds.   The complaint is dismissed with prejudice and this file is closed.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:   /s/*Sara Jennings*
                                                    **Deputy Clerk**

**Dated:**   February 19, 2014

Digitally signed by David R. Herndon
Date: 2014.02.19 16:12:46 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**